AO 442 (Rev. 11/11) Arrest Warrant

FID 9537306
60236060
USMS

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Chad M. Collins<br><br>_Defendant_ | )<br>)<br>)  Case No. 4:14CR178<br>)<br>)<br>)  JUDGE POLSTER<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Chad M. Collins,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1) 18:471-Counterfeiting & Forging US Obligations/Securities; Cts. 2-5) 18:472-Passing/Uttering Counterfeit Obligations/Securities; 28:2461 Forfeiture

Date: 05/20/2014

_Nancy Vecchiarelli_
_Issuing officer's signature_

City and state: Cleveland, Ohio

Nancy A. Vecchiarelli, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 5/21/14, and the person was arrested on _(date)_ 5/21/14
at _(city and state)_ Salem, Ohio.

Date: 5/21/14

_Arresting officer's signature_

SA Keith Verzi
_Printed name and title_